TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MARIA R. GUTIERREZ
Arizona State Bar No. 026659
BENJAMIN GOLDBERG
New York State Bar No. 5346838
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: maria.gutierrez@usdoj.gov
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

```
_____ FILED        _____ LODGED
_____ RECEIVED     _____ COPY

        APR 2 2 2025

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY _____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>              Plaintiff,<br><br>       vs.<br><br>1.  Kyler Messilio Ginanni,<br>         (Counts 1-3)<br><br>2.  Jeffrey Solomon Brown, and<br>         (Counts 4 and 5)<br><br>3.  Daniel Richard Miller,<br>         (Count 6)<br><br>              Defendants. | No.  **CR-25-00611-PHX-MTL (DMF)**<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(g)(1) and<br>924(a)(8)<br>(Felon in Possession of a Firearm)<br>Count 1<br><br>26 U.S.C. §§ 5841, 5861(d), and<br>5871<br>(Possession of an Unregistered<br>Firearm)<br>Counts 2 and 5<br><br>18 U.S.C. §§ 922(o) and 924(a)(2)<br>(Possession of a Machinegun)<br>Counts 3, 4, and 6<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881,<br>26 U.S.C. § 5872, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about April 15, 2025, in the District of Arizona, Defendant, KYLER MESSILIO GINANNI, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is a Palmetto State Armory, model 57 Rock, 5.7x28 caliber pistol, bearing serial number RC007604, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 2**

On or about April 15, 2025, in the District of Arizona, Defendant, KYLER MESSILIO GINANNI did knowingly possess a firearm, that is an American Tactical Industries rifle, model Omi Hybrid, .223 caliber, serial number NS203657, with a barrel of less than 16 inches in length, not registered to Defendant KYLER MESSILIO GINANNI in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT 3**

On or about April 15, 2025, in the District of Arizona, Defendant, KYLER MESSILIO GINANNI did knowingly possess a machinegun, that is a Kriss, model Vector, 45 act caliber short barrel rifle, serial number 45PC20136, with a machinegun conversion device attached, which is designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT 4**

On or about April 15, 2025, in the District of Arizona, Defendant, JEFFREY SOLOMON BROWN did knowingly possess eight machinegun conversion devices, that are commonly known as pepperjacks, which are designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 5

On or about April 15, 2025, in the District of Arizona, Defendant, JEFFREY SOLOMON BROWN did knowingly possess a firearm, that is a white 3D printed rifle with no serial number and a barrel of less than 16 inches in length, not registered to Defendant JEFFREY SOLOMON BROWN in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 6

On or about April 15, 2025, in the District of Arizona, Defendant, DANIEL RICHARD MILLER did knowingly possess a machinegun, that is a Glock, model 44, .22 caliber pistol, serial number AHHK232, with a machinegun conversion device attached, which is designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 6 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

- 3 -

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  April 22, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
MARIA R. GUTIERREZ
BENJAMIN GOLDBERG
Assistant U.S. Attorneys